**Order entered January 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01441-CV

### SUSAN ANN FISHER, Appellant

### V.

### MEDICAL CENTER OF PLANO, ET AL., Appellee

### On Appeal from the 296th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 296-01024-2014

## ORDER

Before the Court is the motion of Janet L. Dugger, official court reporter of the 296th Judicial District Court, for an extension of time to file the reporter's record in this case. By opinion dated January 6, 2015 we dismissed the case for want of jurisdiction. Accordingly, we **DENY** the motion for extension of time as moot.

/s/     ELIZABETH LANG-MIERS
        JUSTICE